# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:09CR00006 |
| v. | **FINAL ORDER** |
| **TRAVIS NATHANIEL FRANCE,** | By: James P. Jones |
| Defendant. | United States District Judge |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** the defendant's Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255, is hereby DENIED without prejudice as successive; and a Certificate of Appealability is DENIED, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right.

ENTER: August 31, 2012

/s/ James P. Jones
United States District Judge